IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SANDRA RALEY, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO: 2:10-cv-00529-DF |
| WYETH LLC f/k/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER INC., Individually and as Successor-in-Interest to PHARMACIA & UPJOHN COMPANY; and GALLIPOT, INC., | § § § § § § § § | |
| Defendants. | § | |

## DEFENDANT GALLIPOT, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Gallipot, Inc.'s parent company is Fagron Holding USA, LLC, a division of The Fagron Group, whose parent company is Arseus, a publicly traded company in Europe.

Respectfully submitted,

By: __/s/ David M. Macdonald__
**David M. Macdonald**
Attorney-in-Charge
State Bar No. 12755300
dmacdonald@macdonalddevin.com
**Jennifer D. LeBlanc**
State Bar No. 24002473
jleblanc@macdonalddevin.com
**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile

ATTORNEYS FOR DEFENDANT
GALLIPOT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record via Electronic Filing, Certified Mail, Return Receipt Requested, or First Class United States Mail, as set forth below on this 18th day of January, 2011:

***Via Electronic Filing and***
***Via Certified Mail, RRR***
Mr. Les Weisbrod
Ms. Ellen Presby
Miller & Weisbrod, L.L.P.
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243

***Via Electronic Filing and***
***Via First Class United States Mail***
Mr. Jack E. Urquhart
Clark Thomas & Winters
3000 Weslayan, Suite 350
Houston, TX 77027

***Via First Class United States Mail***
Ms. Laura E. De Santos
Clark, Thomas & Winters, P.C.
3000 Weslayan, Suite 350
Houston, TX 77027

***Via First Class United States Mail***
Ms. Sandra C. Zamora
Clark, Thomas & Winters
2632 Broadway St., Suite 401S
San Antonio, TX 78215

                                                      */s/ David M. Macdonald*
                                                      David M. Macdonald